# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. <u>SA CV 20-00681-DOC</u>                              Date: <u>May 20, 2020</u>

Title:  <u>Staci Gilman v. The Vons Companies, Inc., et al.</u>

---

PRESENT:  The Honorable DAVID O. CARTER, U.S. District Judge

|  Kelly Davis  |  None  |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:---:|:---:|
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE
SHOULD NOT BE DISMISSED FOR LACK OF
PROSECUTION**

---

The Court hereby orders plaintiff (s) to show cause in writing no later than
**MAY 29, 2020** why this action should not be dismissed for lack of prosecution.

It is the responsibility of plaintiff to respond promptly to all Orders and to prosecute the
action diligently, including filing proofs of service and stipulations extending time to respond.  If
necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon default of any
defendant.  All stipulations affecting the progress of the case must be approved by the Court,
Local Rule 7-1.

As an alternative to a written response by plaintiff(s), the Court will accept one of the
following as an appropriate response to this OSC if it is filed on or before the above date, as
evidence that the matter is being prosecuted diligently:

- **Defendant's Answer to Complaint OR Plaintiff's Request for Entry of Default**

No oral argument of this matter will be heard unless ordered by the Court.  The Order
will stand submitted upon the filing of a responsive pleading or motion on or before the date
upon which a response by plaintiff(s) is due.  **<span style="color:red">Plaintiff counsel is ordered to serve this
document on defendant(s) within 24 hours after entry on the docket.</span>**

MINUTES FORM 11
CIVIL-GEN                                            Initials of Deputy Clerk:  <u>kd</u>