Steven Tindall (SBN 187862)
smt@classlawgroup.com
Jeffrey Kosbie (SBN 305424)
jbk@classlawgroup.com
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

Rosa Vigil-Gallenberg (SBN 251872)
rosa@gallenberglaw.com
**GALLENBERG PC**
800 S. Victory Blvd. Suite 203
Burbank, California 91502
Telephone: (818) 237-5267
Facsimile: (818) 330-5266

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACI GILMAN, *individually and as representative of the class,*<br><br>Plaintiff,<br>v.<br><br>THE VONS COMPANIES, INC., et al.,<br><br>Defendants. | Case No. 8:20-cv-00681-DOC-JDE<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE PURSUANT TO LOCAL RULE 16-15.7** |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiff Staci Gilman and Defendants The Vons Companies, Inc., and Vons Sherman Oaks, LLC, have reached a settlement in principle and have signed a Memorandum of Understanding (MOU) to resolve this action on a classwide basis. The Parties reached the settlement as part of negotiations involving several cases with similar legal and factual issues and overlapping representation by counsel, including *Sullivan v. Safeway Inc.*, 3:19-cv-03187-MMC (N.D. Cal.), *Drew v. The Vons Companies, Inc.*, 8:20-cv-00347-DOC-JDE (C.D. Cal.), and *Hutto v. Albertsons Companies, Inc.*, 1:19-cv-00412-BLW (D. Idaho). The Parties are working to formalize the terms of the MOU in a formal settlement agreement, and the Parties anticipate filing a motion to stay this case and adding the Parties to the *Sullivan* case in the Northern District of California for purposes of settlement approval.

Pursuant to the Court's Scheduling Notice (Dkt. No. 33), indicating that the Court will vacate the Scheduling Conference if a Notice of Settlement is filed, the Parties respectfully request that the Court vacate the Scheduling Conference currently scheduled for August 31, 2020.

DATED: August 28, 2020

Respectfully submitted,

/s/ *Steven M. Tindall*
Steven M. Tindall
Jeffrey Kosbie
**GIBBS LAW GROUP LLP**

Rosa Vigil-Gallenberg
**GALLENBERG PC**

*Attorneys for Plaintiff*

DATED: August 28, 2020

/s/ *Rod M. Fliegel*
Rod M. Fliegel

Alison S. Hightower
**LITTLER MENDELSON, P.C.**

*Attorneys for Defendants*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 28, 2020         /s/ *Steven M. Tindall*
                               Steven M. Tindall
                               GIBBS LAW GROUP LLP