Steven Tindall (SBN 187862)
smt@classlawgroup.com
Jeffrey Kosbie (SBN 305424)
jbk@classlawgroup.com
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

Rosa Vigil-Gallenberg (SBN 251872)
rosa@gallenberglaw.com
**GALLENBERG PC**
800 S. Victory Blvd. Suite 203
Burbank, California 91502
Telephone: (818) 237-5267
Facsimile: (818) 330-5266

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACI GILMAN, *individually and as representative of the class,* <br><br> Plaintiff, <br><br> v. <br><br> THE VONS COMPANIES, INC., et al., <br><br> Defendants. | Case No. 8:20-cv-00681-DOC-JDE <br><br> **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE BASED UPON SETTLEMENT** |

Pursuant to this Court's Order to Stay Proceedings (Dkt. No. 37), the Parties hereby notify the Court that the settlement in *Sullivan v. Safeway Inc.*, Case No. 19-cv-03187-MMC (N.D. Cal.) became finally effective on July 22, 2021. The court in *Sullivan* entered final approval on June 21, 2021 (Case No. 19-cv-03187, Dkt. Nos. 114 and 115), and no appeal has been filed.

Accordingly, pursuant to the terms of the settlement agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Staci Gilman and Defendant The Vons Companies, Inc., stipulate to voluntarily dismiss this action with prejudice, with each party bearing its own costs, expenses, and attorneys' fees, except as agreed upon in the settlement approved by the district court in *Sullivan* (Case No. 19-cv-03187, Dkt. Nos. 114 and 115). This stipulation of dismissal is signed by all parties who have appeared, and dismissal under Rule 41(a)(1)(A)(ii) is therefore appropriate.

**IT IS SO STIPULATED.**

DATED: July 26, 2021

*/s/ Steven M. Tindall*
Steven M. Tindall
Jeffrey Kosbie
**GIBBS LAW GROUP LLP**

Rosa Vigil-Gallenberg
**GALLENBERG PC**

*Attorneys for Plaintiff*

DATED: July 26, 2021

*/s/ Alison S. Hightower*
Rod M. Fliegel
Alison S. Hightower
**LITTLER MENDELSON, P.C.**

*Attorneys for Defendants*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 26, 2021      _/s/ Steven M. Tindall_
Steven M. Tindall
Jeffrey Kosbie
GIBBS LAW GROUP LLP